**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 16-10570 |
| Nicole Preston | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jack B. Schmetterer |

**NOTICE OF HEARING**

**To:**   Nicole Preston, 9750 Crescent Park Circle 408, Orland Park, IL, 60462

Tom Vaughn, 55 E. Monroe St # 3850, Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Intercoastal Financial, 7954 Transit Rd #144, Williamsville, NY 14221

**PLEASE TAKE NOTICE** that on **Wednesday, June 12th, 2019 at 10:00am,** I shall appear before the Honorable Judge Jack B. Schmetterer in 219 S. Dearborn St., Courtroom 682, Chicago, IL and then and there present the attached **OBJECTION TO THE CLAIM OF INTERCOASTAL FINANCIAL,** a copy of which is attached hereto.

**By:**   \_\_/s/ Charles Field Kinzer\_\_\_
Charles Field Kinzer

**CERTIFICATE OF SERVICE**

I, Charles Field Kinzer, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on May 7th, 2019

**By:**   \_\_/s/ Charles Field Kinzer\_\_\_
Charles Field Kinzer

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960

# IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 16-10570 |
|    Nicole Preston ) | | |
|        Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Jack B. Schmetterer |

### OBJECTION TO THE CLAIM OF INTERCOASTAL FINANCIAL

NOW COMES the Debtor, Ms. Nicole Preston (the "Debtor"), by and through his attorneys, Geraci Law, LLC, to present his **OBJECTION TO THE CLAIM OF INTERCOASTAL FINANCIAL** and state as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 03/28/2016.

3. On 4/29/2016, Intercoastal Financial (hereinafter the "Creditor") filed a proof of claim (5-1) in the amount of $510. (See attached Exhibit A.)

4. The Debtor has never heard of this creditor and does not believe she owes them any money. Creditor's claim does not provide any proof of any transactions between Creditor and the Debtor.

5. The claim filed by the creditor in this case is invalid pursuant to 11 U.S.C. 502(b)(1).

WHEREFORE, the Debtor, Ms. Nicole Preston prays that this Court enter an order disallowing the claim of Intercoastal Financial and for such further additional relief that this Court may deem just and proper.

                                    ___/s/ Charles Field Kinzer___
                                       Charles Field Kinzer

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960