United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| In re: | Case No. 16 B 10570 |
|---|---|
| Nicole Preston, | Chapter 13 |
| Debtor. | Hon. Jack B. Schmetterer |

**ORDER ON DEBTOR'S OBJECTION TO CLAIM OF BANK OF AMERICA [DKT. NO. 23]**

On Debtor Nicole Preston's Objection to Claim No. 6-1 of Bank of America [Dkt. No. 23], IT IS HEREBY ORDERED THAT:

1. Bank of America is to file a Response to the Objection within 14 days hereof.
2. Status on the Objection is set for July 3, 2019 at 10:30 a.m. in Courtroom 682.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 12 day of June, 2019